In the Matter of the Estate of ELIZABETH YAUCH, Deceased. FRANK F. YAUCH, Appellant; GLEN S. COOK, as Executor of ELIZABETH YAUCH, Deceased, Respondent.

Submitted June 13, 1946; decided July 23, 1946.

586

*Nicholas G. Powers* for appellant.
*John E. Glenn* and *William A. Glenn* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.